## VALERIE A. HAWKINS, ESQ.
### 77 SAINT PAULS ROAD NORTH
### HEMPSTEAD, NEW YORK 11550
### TEL. (516) 292-0984
### FAX (516) 292-0987

October 18, 2018

**VIA EFC**

Honorable Arthur D. Spatt
United States District Judge
P.O. Box 9014
Central Islip, New York 11722-9014

  **Re: Toppin v. Incorporated Village of Hempstead, et al.**
    **USDC EDNY Dkt No. 18 CV 1687 (ADS)(AYS)**

Dear Judge Spatt:

  This office represents the plaintiffs in the above captioned proceeding. This letter is written to request that the said action be dismissed without prejudice, pursuant to FRCP 4(m), because it appears as though all of the defendants were not timely served with the summons and complaint, this office did not file affidavits of service, and has received notices of appearance from only the first named defendant.

  If Your Honor requires any further information, please do not hesitate to contact this office.

       Respectfully submitted,

       VALERIE A. HAWKINS, ESQ.

VAH:ms